# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>CNR BOBCAT SERVICE, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV09-0429 PA (Ex)<br><br>**JUDGMENT** |

///
///
///
///
///
///
///
///

After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant CNR Bobcat Service, Inc., a California corporation, the principal amount of $7,079.24 (consisting of unpaid fringe benefit contributions relating to the settlement agreement in the amount of $6,380.25; plus prejudgment interest related to the settlement agreement, in the amount of $698.99), attorney's fees of $7,596.50 and costs of $1,320.41, plus post-judgment interest as provided by law from the date of entry of the judgment herein.

IT IS SO ORDERED.

Dated: August 17, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE